Unemployment Compensation Board of Review of the Commonwealth of Pennsylvania *v*. Charles E. Leib, Appellant.

Argued June 6, 1975, before Judges WILKINSON, JR., MENCER and ROGERS, sitting as a panel of three.

*David C. Harrison,* for appellant.

*Daniel R. Schuckers,* Assistant Attorney General, with him *Sydney Reuben,* Assistant Attorney General, and *Robert P. Kane,* Attorney General, for appellee.

OPINION BY JUDGE ROGERS, July 10, 1975:

The sole question in this case is whether pension benefits paid to the appellant are to be offset against unemployment compensation benefits pursuant to Section 404(d)(iii) of the Unemployment Compensation Law, Act of December 5, 1936, Second Ex. Sess. P.L. (1937) 2897, *as amended,* 43 P.S. §804(d)(iii) (Supp. 1974-1975). We have twice squarely held that they are. *Etter v. Unemployment Compensation Board of Review,* 12 Pa. Commonwealth Ct. 642, 316 A.2d 659 (1974); *Ettelson v. Unemployment Compensation Board of Review,* 12 Pa. Commonwealth Ct. 617, 316 A.2d 661 (1974). The Supreme Court of Pennsylvania denied the prayer of a petition for allocatur in *Etter* and we adhere to our prior determination.

ORDER

AND NOW, this 10th day of July, 1975, it is ordered that the instant appeal be and it is dismissed, and the decision of the Unemployment Compensation Board of Review be and it is affirmed.